FILED
2016 Aug-30 PM 12:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| MATTHEW THOMAS MCGAHA, | ) |
| Petitioner, | ) ) ) |
| vs. | ) ) Case No. 6:16-cv-122-VEH-TMP |
| JIM UNDERWOOD, *et al.*, | ) ) ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The magistrate judge filed his report and recommendation on August 10, 2016, recommending dismissal of petitioner's 28 U.S.C. § 2241 petition for *habeas corpus* relief. (Doc.14). No objections to the report and recommendation have been filed. The copy of the report and recommendation mailed to the petitioner was returned marked "return to sender." (Doc. 15). Having now carefully considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be **ADOPTED** and the recommendation **ACCEPTED**.

It is therefore **ORDERED** that the petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 in the above-styled cause be and hereby is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**DONE** the 30th day of August, 2016.

*/s/ Hopkins*

**VIRGINIA EMERSON HOPKINS**
United States District Judge